AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| ANTHONY MARK SMITH, | ) Case No. 19-MJ-6399-SELTZER |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 21, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 952(a) and 841(a)(1) | On or about August 21, 2019, in Broward County, in the Southern District of Florida, the defendant, ANTHONY MARK SMITH, did knowingly import into the United States, from a place outside thereof, five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); and did knowingly possess with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1). |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Clancy Dunnigan, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/22/2019__

_____
*Judge's signature*

City and state: __Fort Lauderdale, Broward County, FL__   Barry S. Seltzer, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Clancy Dunnigan, first being duly sworn, states as follows:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"). I am assigned to the Assistant Special Agent in Charge, Fort Lauderdale Office, in Broward County, Florida. As a Special Agent, I am responsible for investigating violations of federal law relating to immigration and customs enforcement. I have been employed with HSI since March 2008. I have received training on and have experience investigating violations of federal narcotics and money laundering laws. These investigations have also involved physical and electronic surveillance, conducting the installation of court ordered tracking devices, executing search warrants, seizing narcotics-related assets, and making arrests for state and federal offenses. During my time with HSI, I have either been the lead or supporting agent in criminal investigations dealing with the possession, manufacture, distribution, and importation of controlled substances and the laundering of narcotics proceeds. I have participated in the debriefing of defendants, informants, and others who have knowledge of the manufacturing, distribution, transportation, storage, and importation of controlled substances and the laundering of drug proceeds. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 19, 21, 31 and 46 of the United States Code.

2. Your AFFIANT submits this affidavit in support of a criminal complaint against Anthony Mark SMITH ("SMITH"). As set forth below, I respectfully submit there is probable cause to believe SMITH did knowingly import into the United States, from a place outside thereof, five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 952(a); and did knowingly possess with intent to

distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(l).

3. Your AFFIANT submits this affidavit based upon my own personal knowledge, as well as information provided to me by other law enforcement personnel and non-law enforcement sources. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each fact known to me as it relates to this matter.

4. On or about August 21, 2019, SMITH, a United States Citizen, arrived at Fort Lauderdale/Hollywood International Airport ("FLL"), from Panama City, Panama onboard Spirit Airlines flight number 914. SMITH was admitted to the United States as a returning United States Citizen.

5. SMITH was referred to Customs secondary inspection for a routine enforcement exam, at which time SMITH claimed ownership of the luggage in his possession, a black suitcase with white circles, as well as all of its contents.

6. Customs and Border Patrol ("CBP") Officers examined the contents of the suitcase. The suitcase contained various items of clothing, personal effects, and four pairs of Nike shoes. Inspecting CBP Officers removed one of the pairs of shoes and noticed the shoes felt unusually heavy. Upon removal of the insole of one shoe, the examining CBP Officer observed a clear white plastic bag containing a white powdery substance. Examination of the remaining shoes revealed each of the eight shoes contained a similar bag of the white powdery substance. The white powdery substance field-tested positive for the presence of cocaine. The suspected cocaine had an approximate combined weight of 1.114

2

kilograms.

7. Prior to advising SMITH of his Miranda warnings, your AFFIANT discussed cooperation and a potential controlled delivery with SMITH. Your AFFIANT explained to SMITH that if he were interested in speaking with your AFFIANT, your AFFIANT would get a waiver of rights form, read him his Miranda warnings, and have him sign the form. SMITH spontaneously uttered, "Nah, that's my coke."

8. HSI Special Agents then arrested SMITH.

9. Based on the foregoing, your AFFIANT respectfully submits there is probable cause to believe SMITH knowingly imported cocaine into the United States and knowingly possessed that cocaine with the intent to distribute it.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Clancy Dunnigan
Special Agent
Department of Homeland Security
Homeland Security Investigations

Subscribed to and sworn before me this 22nd day of August 2019.

_____
HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

3